IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 AUG 24 PM 3:29

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | 05-20102-D |
| BRIAN EDWARD SLAYTON, | * | |
| | * | |
| Defendant. | | |

### ORDER GRANTING MOTION TO WITHDRAW FROM REPRESENTATION

Before this Court is the Motion to Withdraw from Representation, filed on August 24, 2005. For good cause shown, the motion is GRANTED and the Federal Public Defender is relieved from representation in this case. New counsel will be appointed from the CJA Panel.

It is so ORDERED this ____ day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20102 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT